Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
P.O. Box 120 / 12896 Rices Crossing Road
Oregon House, California 95962
Tel.:    (530) 692-2267
Fax.:   (530) 692-2543
Email: agoldman@succeed.net
davids@succeed.net

Attorneys for Plaintiff-Relator
JOEI LYN SANCHES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel,* JOEI LYN SANCHES | CASE No.:    CV 08-05663-MEJ<br>Related Case:  CV 08-01395-MEJ<br>**Filed Under Seal**: 12/18/08<br>**UNSEALED BY COURT ORDER**: 11/6/09 |
| Plaintiff, | |
| CITY OF CRESCENT CITY, CRESCENT CITY HOUSING AUTHORITY; SUZIE MENDEZ; ELI NAFFAH; DOUGLAS PLACK; DOES 1-100, and Each of Them Inclusive | **[PROPOSED]** ORDER RE STIPULATION RESETTING SCHEDULE FOR PLAINTIFF-RELATOR TO FILE HER FIRST AMENDED COMPLAINT |
| Defendants. | Judge:  Mag. Judge Maria-Elena James |

For good cause shown, it is hereby

ORDERED that:

1. The parties, through their attorneys of record in this related action, have met and conferred in good faith concerning the extending the due date for plaintiff-relator to file her first amended complaint;

2. The due date of for plaintiff-relator to file her first amended complaint was April 5, 2010;

[PROPOSED] ORDER RE STIPULATION RESETTING SCHEDULE FOR PLAINTIFF-RELATOR
TO FILE HER FIRST AMENDED COMPLAINT                                    Case No. C 08-5663 MEJ

1

3. For good cause shown in the Stipulation of the Parties, plaintiff-relator's time is extended to file her First Amended Complaint to on or before April 12, 2010, and defendants shall answer or otherwise plead on or before  May 6, 2010  .

IT IS SO ORDERED.

Dated: April 7, 2010

U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

By: _____
MAGISTRATE JUDGE MARIA-ELENA JAMES

[PROPOSED] ORDER RE STIPULATION RESETTING SCHEDULE FOR PLAINTIFF-RELATOR TO FILE HER FIRST AMENDED COMPLAINT   Case No. C 08-5663 MEJ

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 years, I am not a party, and I am employed at 12896 Rices Crossing Road, P.O. Box 120, Oregon House, CA 95962 in the County of Yuba, California. I also certify that, pursuant to common business practice, I served the attached:

**[PROPOSED] ORDER RE STIPULATION RESETTING SCHEDULE FOR PLAINTIFF-RELATOR TO FILE HER FIRST AMENDED COMPLAINT**

on the following parties and attorneys in this action by causing a true and correct copy thereof to be delivered addressed as shown below, by electronic mail (E-mail) and by 1st Class U.S. Mail on *April 6, 2010,* to:

| | |
|---|---|
| Joseph P. Russoniello, U.S. Attorney<br>Joann M. Swanson, Chief, Civil Division<br>**Steven J. Saltiel,** Assistant U.S. Attorney<br>Box 36055 / 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Email: Steven.Saltiel@usdoj.gov | Attorneys for the UNITED STATES<br>in *SANCHES II*, Case No. CV-08-05663-MEJ |
| **Robert N. Black, Esq**.<br>Martha D. Rice, Esq.<br>299 'I' Street, Ste. 11-B<br>Crescent City, CA 95531<br>Email: rblack@attyblack.com | Attorney for defendants City of<br>City; Crescent City Housing Authority;<br>Susie Mendez; Eli Naffah;<br>Douglas Plack; in *SANCHES II*,<br>Case No. CV-08-05663-MEJ |
| Richard C. Bolanos, Esq.<br>**Morin I. Jacob, Esq.**<br>LIEBERT CASSIDY WHITMORE<br>153 Townsend Street, Suite 520<br>San Francisco, CA 94107<br>Email: rbolanos@lcwlegal.com<br>        mjacob@lcwlegal.com | Attorneys for Defendants<br>City of Crescent City, Dennis Burns,<br>Eli Naffah, Mike Scavuzzo, and Douglas Plack<br>in *SANCHES I*, Case No. CV-08-01395-MEJ |

I am familiar with common business practice regarding collection and processing of documents for mailing with the U.S. Postal Service. Such documents were sealed prepaid and placed for collection on the date stated below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this certification was executed *April 6, 2010,* at Oregon House, County of Yuba, California.

                                                 */s/ Katherine W. Lendech*
                                                 Katherine W. Lendech

[PROPOSED] ORDER RE STIPULATION RESETTING SCHEDULE FOR PLAINTIFF-RELATOR
TO FILE HER FIRST AMENDED COMPLAINT            Case No. C 08-5663 MEJ

3