```
 1  Abraham N. Goldman, SBN 102080
    David Springfield, SBN 226630
 2  ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
 3  P.O. Box 120 / 12896 Rices Crossing Road
    Oregon House, California 95962
 4  Tel.:   (530) 692-2267
    Fax.:   (530) 692-2543
 5  Email: agoldman@succeed.net
 6  davids@succeed.net

 7  Attorneys for Plaintiff-Relator
    JOEI LYN SANCHES
 8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*, JOEI LYN SANCHES | CASE No.:   CV 08-05663-MEJ |
| | **Filed Under Seal**: 12/18/08 |
| | **UNSEALED BY COURT ORDER**: 11/6/09 |
| Plaintiff-Relator, | |
| CITY OF CRESCENT CITY, CRESCENT CITY HOUSING AUTHORITY; SUZIE MENDEZ; ELI NAFFAH; DOUGLAS PLACK; DOES 1-100, and Each of Them Inclusive | [PROPOSED] ORDER RE STIPULATION TO RESCHEDULE DEFENDANTS' MOTION TO DISMISS |
| | Date:   June 10, 2010 |
| | Time:   10:00 a.m. |
| Defendants. | Place:  Courtroom B, 15th Floor |
| | Judge:  Mag. Judge Maria-Elena James |

For good cause shown, it is hereby

ORDERED that:

1.    The parties, through their attorneys of record in this related action, have met and conferred in good faith concerning the current briefing schedule on defendants' motion to dismiss the First Amended Complaint in the higher numbered case, Case No. CV 08-05663.

2.    The hearing date of said matter is currently set for June 10, 2010. Plaintiff's opposition is due May 27, 2010, and defendants' reply is due June 3, 2010.

---

[PROPOSED] ORDER RE STIPULATION TO RESCHEDULE MOTION TO DISMISS
Case No. C 08-5663 MEJ

3.  For good cause shown in the Stipulation of the parties, the hearing date is reset to July 8, 2010, with plaintiff's opposition due June 24, 2010, and defendants' reply due July 1, 2010.

**IT IS SO ORDERED.**

Dated: May 24, 2010

U.S. DISTRICT COURT OF CALIFORNIA
NORTHERN DISTRICT

By: _____
MAGISTRATE JUDGE MARIA-ELENA JAMES

[PROPOSED] ORDER RE STIPULATION TO RESCHEDULE MOTION TO DISMISS
Case No. C 08-5663 MEJ

2

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 years, I am not a party, and I am employed at 12896 Rices Crossing Road, P.O. Box 120, Oregon House, CA 95962 in the County of Yuba, California. I also certify that, pursuant to common business practice, I served the attached:

**[PROPOSED] ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION TO DISMISS**

on the following parties and attorneys in this action by causing a true and correct copy thereof to be delivered addressed as shown below, by electronic mail (E-mail) and by *1st Class U.S. Mail on May 2/, 2010,* to:

Joseph P. Russoniello, U.S. Attorney  
Joann M. Swanson, Chief, Civil Division  
**Steven J. Saltiel,** Assistant U.S. Attorney  
Box 36055 / 450 Golden Gate Avenue  
San Francisco, CA 94102  
Email: Steven.Saltiel@usdoj.gov

Attorneys for the UNITED STATES

**Robert Black, Esq.**  
City Attorney  
299 'I' Street  
Crescent City, CA 95531  
Email: rblack@attyblack.com

Attorney for defendants City of Crescent City; Crescent City Housing Authority; Susie Mendez; Eli Naffah; Douglas Plack

I am familiar with common business practice regarding collection and processing of documents for mailing with the U.S. Postal Service. Such documents were sealed prepaid and placed for collection on the date stated below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this certification was executed *May 2/, 2010,* at Oregon House, County of Yuba, California.

*/s/ Katherine W. Lendech*  
Katherine W. Lendech

---

[PROPOSED] ORDER RE STIPULATION TO RESCHEDULE MOTION TO DISMISS  
Case No. C 08-5663 MEJ